To: U.S.D.C.
From: Ricardo Castillo          CA-04-0210-GMS
Re: Current Address - please direct all inquiries to: 302-369-9241
Date: 2/28/05

"Clerk"
"Peter T. Daleo"

Please forward any & all references to my case to this current address in order to stay informed of any changes in my case, I'd appreciate your help in this matter

Thank You
Kindly

Ricardo Castillo

FILED
MAR 2 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Ricardo Castillo
5 Wenark Dr. apt. 5
Newark DE. 19713

Office of the Clerk
U.S.D.C.
844 N. King St. Lockbox 18
Wilm. Del. 19801-3570