To: Office of the Clerk
From: Ricardo Castillo : Civil Action #04-210-GMS
Re: Address change
Date: 6/24/05

"To The Clerk"

Please be advised that my address has been changed, please forward any and all corresponce to my new address in regards to my civil case

Thank You Kindly

*Ricardo Castillo*

FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

New Add. 30 Winterhaven Dr. Apt 7
Newark DE. 19702



Office of the Clerk
U.S.D.C.
844 N. King St. Lockbox 18
Wilm. DE. 19801

Ricardo Castillo
30 Winterhaven Dr. Apt 7
Newark DE. 19702