To: Peter T. Dalleo - C. of C.
From: Ricardo A. Castillo : Case # 1:04-cv-210
Date: 1/6/06
Re: To submit affidavit into Case # 1:04-cv-210 and to request legal representation

Mr. Peter T. Dalleo

Mr. Dalleo, please submit this affidavit into my files and also would request legal representation for this case, though I was denied earlier for such request I would like to admit that I have no experience in the courts procedures of civil law suits, I must enter in my behalf that all of my documents where prepared by an inhouse paralegal and or jailhouse lawyer, therefore I request legal representation in my case, being that I'm not capable of proceeding on my own.

Thank You
Kindly

[signature]
1/6/06

FILED
FEB - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE




To: Peter T. Dalleo
LockBox 18
844 King St.
U.S. Courthouse
Wilmington, DE. 19801

From: Ricardo A. Castillo
Add: 30 Winterhaven Dr. Apt 7
Newark, DE. 19702