# AFFIDAVIT

State of Delaware } SS.
New Castle County

04-210 (GMS)

Antoine Wilford, being sworn says: On 12/19/03

I Antoine Wilford got into an altercation with Jose Gonzales. Jose Gonzalez could not speak english to well so Ricardo Costillo was translating what was going on. At no time did Ricardo Threaten or show any threatening posture towards me or any staff member. Specifically Ms. Viola Dawkins.

FILED
FEB - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Antoine Wilford_
Signature

Sworn and subscribed before me this 25 day of June, 2004
My commission expires on 14 day of June, 2005

_Rodderick Johnson_
Notary