IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICARDO A. CASTILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 04-210-GMS |
| | ) |
| SUPERVISOR FRANK COSTAN, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Ricardo A. Castillo ("Castillo"), was a prisoner incarcerated at the Howard R. Young Correctional Facility, Wilmington, Delaware at the time he filed this 42 U.S.C. § 1983 action, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on June 27, 2004, the court received correspondence from Castillo that indicated he had been released from prison and that provided the court with his home address upon release (D.I. 11);

WHEREAS, on January, 17, 2006, the court ordered the plaintiff to either pay the balance of the filing fee he owed ($105) or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 12);

WHEREAS, the time has lapsed and the plaintiff has not complied with the court's order of January 17, 2006;

THEREFORE, at Wilmington this 30th day of March, 2006, IT IS HEREBY

ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE