To: Thee Honorable Judge: Gregory M. Sleet
From: Ricardo A. Castillo
Re: Civil Docket For Case #: 1:04-CV-00210-GMS
Date: 4/29/06

Honorable Judge Gregory M. Sleet

I've recently wrote to the clerks office in this same request, and haven't get a responce, I'm asking and pleading your honor for the same request and hope that your honorable judge would be kind enough to grant me this request, which is, that I will be in serious need of legal assistance in this case as it is, I would not be able to go "Pro Se", I have no knowledge in this field, and most definitely can not go forth on my own without legal representations, all my court filings from jail came through inhouse paralegal assistance, I would respectfully ask your "Honorable Judge" to appoint me legal assistance as I'm in the mercy of the Court,
Thank you kindly

Honorable: Gregory M.

Ricardo Castillo
30 Winterhaven Dr. Apt. M
Newark DE. 19702

WILMINGTON DE 197
01 MAY 2006 PM 1 T

U.S.M.S
X-RAY

Office Of The Clerk
U.S.D.C.
844 N. King St. Lockbox 18
Wilm, DE 19801