To: Honorable Judge Gregory M. Sleet
From: Ricardo Castillo    Civ. Act. # 04-210-GMS
Re: Reopen Case
Date: 8/22/06

To Thee Honorable Judge Gregory M. Sleet.

Honorable Gregory M Sleet, I ask with all due respect that you reopen my case, reason being is that the courts filing staff has misplaced most of all papers I've filed or rather had helped from an inhouse or jailhouse paralegal, first my filing fees which I produced 3 times to the court clerks, Mrs. Monica Mosley and now they "can't find" the <u>USM-285</u> which I and my "<u>Legal help</u>" filed prior to me coming out, I now ask the honorable judge to please reopen my case, I did personally requested that these docs. be sent to me immediately so that I can refile them as asked by the courts request, though I was never prior till now requested these form

Thank You
Honorable Judge

FILED AUG 28 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

