IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICARDO A. CASTILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-210-GMS |
| | ) |
| SUPERVISOR FRANK COSTON AND | ) |
| COUNSELOR VIDA DAWKINS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Ricardo A. Castillo ("Castillo"), was a prisoner incarcerated within the Delaware Department of Correction at the time he filed this 42 U.S.C. § 1983 action, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on August 9, 2006, the court entered an order dismissing the case for Castillo's failure to comply with the court's order to complete and return USM-285 forms so that service could be effected on the defendants (D.I. 17);

WHEREAS, on August 28, 2006, Castillo filed a motion and advised the court that he had submitted the USM-285 forms but they were misplaced by the clerk's office, and asked the court to reopen the case (D.I. 18);

WHEREAS, on September 12, 2006, the court received the required USM-285 forms;

THEREFORE, at Wilmington this 6th day of Feb, 2007, IT IS HEREBY ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Castillo's letter motion to reopen the case (D.I. 18) is GRANTED.

3. The clerk of the court shall reopen this case.

4. This order shall supplement the court's service order (D.I. 15) dated March 31, 2006.

5. The United States Marshal shall forthwith serve a copy of the complaint (D.I. 2), the March 31, 2006 order (D.I. 15), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon defendant(s) identified in plaintiff's 285 forms.

_____
UNITED STATES DISTRICT JUDGE

FILED

FEB - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE