OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 3, 2007

TO:    Ricardo A. Castillo
        Ricardo A. Castillo, Pro se
        30 Winterhaven Dr.
        Apt. 7
        Newark, DE 19702

        **RE:  U.S. Marshal 285 Forms**
             *Civ. No. 04-210 GMS*

Dear Mr. Castillo:

     Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

     Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                Sincerely,


/ead                                 PETER T. DALLEO
                                      CLERK

cc:    The Honorable Gregory M. Sleet
        U.S. Marshal
        Pro Se Law Clerk