TO: Honorable Judge Gregory M. Sleet
From: Ricardo Castillo
Date: 7/2/07
Case #: 04-0210-GMS

Honorable Judge Gregory M. Sleet

I write to you Sir with thee upmost respect, considering my case and I am very concerned, simply because the ~~Plain~~ "Defendants" have hired a very large "Law Firm" from Pennsylvania just recently, I ~~therefore~~ beg your "Honor" to kindly appoint me legal help, at the mercy of the court and with your "Honor's" respect I plea your Honors help, I'm also sending you the original papers they've mailed me, from the law firm

Thank You

Honorable Judge G.M.S

Sincerely,

[signature]

04cv210 GMS
FILED
JUL - 5 2007
RGS
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# DEASEY, MAHONEY & BENDER, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†o
ADAM J. PANTANO†
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI†
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
ELYSE G. CRAWFORD
THOMAS C. GALLAGHER†
ANDREW B. ADAIR
KIMBERLY M. FRASCELLA
SHERYL L. BROWN†

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL: SBROWN@DMBPHILA.COM
VOICE-MAIL EXTENSION #183

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

MEDIA OFFICE
SUITE 101
103 CHESLEY DRIVE
MEDIA, PA 19063
610-892-2732
FASCIMILE: 610-892-2926

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997

† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
o ALSO MEMBER NY BAR

June 1, 2007

Mr. Ricardo A. Castillo
30 Winterhaven Drive
Apartment 7
Newark, DE 19702

RE: Ricardo Castillo v. Frank Costan and Vida Dawkins
Case No. : 04-210-GMS
Our File No. : 411.22656

Dear Mr. Castillo :

Please be advised that this firm has been retained to defend your claims against Defendants, Frank Costan and Vida Dawkins in the action commenced in the United States District Court for the District of Delaware, Civil Action No. 04-210.

At this time, we are enclosing a completed Waiver of Service of Summons form accepting service on behalf of Defendants Frank Costan and Vida Dawkins. Kindly file the Waiver with the Court.

We will proceed to file our appearance in this matter and will send you copies of the same.

Kindly direct all future communications regarding this action to this office.

Very truly yours,

DEASEY, MAHONEY & BENDER, LTD

By : _____
Sheryl L. Brown, Esquire

SLB :dc
enclosure

Ricardo Castillo
101 Wharton Dr.
Newark, DE, 19711

WILMINGTON DE 197
03 JUL 2007 PM 1 T

Office of the Clerk
U.S.D.C.
844 N. King St, Lockbox 18
Wilm, DE, 19801