## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RICARDO CASTILLO,** | : | CIVIL ACTION NO. 04-210 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | DEMAND JURY OF 12 |
| **FRANK COSTON and** | : | |
| **VIDA DAWKINS** | : | |
| | : | |
| | : | |
| Defendants | : | |

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**KINDLY ENTER THE APPEARANCE** of Michael L. Ripple, Esquire on behalf of Defendants Frank Coston and Vida Dawkins in the above-captioned matter.

REGER RIZZO KAVULICH & DARNALL, LLP

Dated: July 16, 2007

BY: /s/ Michael L. Ripple
Michael L. Ripple, Esquire
I.D. No. 3993
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RICARDO CASTILLO,** | : | CIVIL ACTION NO. 04-210 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | DEMAND JURY OF 12 |
| **FRANK COSTON and** | : | |
| **VIDA DAWKINS** | : | |
| | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

    I, Michael L. Ripple, Esquire, do hereby certify that copies of the foregoing Entry of Appearance were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on July 16, 2007:

Ricardo Castillo
30 Winterhaven Dr.
Apt. 7
Newark, DE 19701
Pro Se

        REGER RIZZO KAVULICH & DARNALL, LLP


        /s/ Michael L. Ripple
        MICHAEL L. RIPPLE, ESQUIRE
        I.D. No. 3993
        1001 Jefferson Street, Suite 202
        Wilmington, DE 19801
        (302)652-3611
        Attorney for Defendants