IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RICHARD CASTILLO,** | : | CIVIL ACTION NO. 04-210 GMS |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| **FRANK COSTON and VIDA DAWKINS,** | : | |
| Defendants | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carla P. Maresca, Esquire to represent Defendants, Frank Coston and Vida Dawkins in this matter.

REGER RIZZO KAVULICH & DARNALL LLP

Dated: September 5, 2007

BY:  */s/ Michael L. Ripple*
Michael L. Ripple, Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____   _____
The Honorable Gregory M. Sleets

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RICHARD CASTILLO,** | : | CIVIL ACTION NO. 04-210 GMS |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| **FRANK COSTON and VIDA DAWKINS,** | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Michael L. Ripple, Esquire, do hereby certify that copies of the foregoing Motion and Order for Admission *Pro Hac Vice* were served by First Class Mail postage prepaid and/or electronic mail via LexisNexis, on the following parties on September 5, 2007:

Ricardo Castillo
30 Winterhaven Dr.
Apt. 7
Newark, DE 19701
Pro Se

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Michael L. Ripple*
MICHAEL L. RIPPLE, ESQUIRE
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants