## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ricardo Castillo | : | CIVIL ACTION NO.: 04-210-GMS |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Frank Coston and | : | |
| Vida Dawkins, | : | |
| | : | |
| Defendants | : | |

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules.

DEASEY, MAHONEY & VALENTINI, LTD.

By: _____

CARLA P. MARESCA, ESQUIRE
Suite 3400
1601 Market Street
Philadelphia, PA 19103
(215) 587-9400

Dated: September 4, 2007