IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICARDO CASTILLO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 04-210 GMS |
| | ) | |
| SUPERVISOR FRANK COSTAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 31st day of_____Oct._____, 2007,

IT IS ORDERED that plaintiff's motion for appointment of counsel (D.I. 21) is denied without

prejudice to renew.  Plaintiff, a pro se litigant, has no constitutional or statutory right to appointed

counsel.  *See Parham v. Johnson*, 126 F.3d 454, 456-57 (3d Cir. 1997).  It is within this court's

discretion, however, to seek representation by counsel for plaintiff, but this effort is made only "upon

a showing of special circumstances indicating the likelihood of substantial prejudice to [plaintiff]

resulting  from [plaintiff's] probable inability without such assistance to present the facts and legal

issues to the court in a complex but arguably meritorious case." *Smith-Bey v. Petsock*, 741 F.2d 22, 26

(3d Cir. 1984); *accord Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993)(representation by counsel may

be appropriate under certain circumstances, after a finding that a plaintiff's claim has arguable merit

in fact and law).  Having reviewed plaintiff's complaint, the court finds that his allegations are not of

such a complex nature that representation by counsel is warranted at this time.  The various papers and

pleadings submitted by plaintiff reflect an ability to coherently present his arguments.

CHIEF, UNITED STATES DISTRICT JUDGE

**FILED**

OCT 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE