

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED FEB 20 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Ra[y]mdo A. Castillo, Pro se
30 Winterhaven Dr.
Apt. 7
Newark, DE 19702

U.S.M.S. PAID

US POSTAGE $00.41 02/11/2008 Mailed From 19801
049J82023030
neopost

NIXIE  197  DE 1    02/15/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 19899001818    *1827-09974-15-19

19899@0018

04-210
RO scaning

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICARDO A. CASTILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 04-210-GMS |
| | ) |
| SUPERVISOR FRANK COSTAN and | ) |
| COUNSELOR VIDA DAWKINS, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM**

**I. INTRODUCTION**

The plaintiff, Ricardo A. Castillo ("Castillo"), a former inmate who was housed at the Howard R. Young Correctional Institution ("HRYCI"), Wilmington, Delaware, filed this civil rights action pursuant to 42 U.S.C. § 1983. He alleges that the defendants, Supervisor Frank Costan ("Costan") and Counselor Vida Dawkins ("Dawkins") violated his right to free speech and retaliated against him for exercising this right, pursuant to the First Amendment. Pending before the court is the defendants' motion to dismiss the complaint on that basis that Castillo failed to exhaust his administrative remedies. (D.I. 24.) Castillo did not respond to the motion.

**II. STANDARD OF REVIEW**

Rule 12(b)(6) permits a party to move to dismiss a complaint for failure to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6). The court must accept all factual allegations in a complaint as true and take them in the light most favorable to plaintiff. *Erickson v. Pardus*, –U.S.–, 127 S.Ct. 2197, 2200 (2007); *Christopher v. Harbury*, 536 U.S. 403, 406 (2002). A complaint must contain "'a short and plain statement of the claim showing that the pleader is entitled to relief,' in order to 'give the defendant fair notice of what the . . . claim is