Exhibit A

05/25/2007 08:31 FAX 8564293639     ADMIRAL INS     Case 1:04-cv-00210-GMS   Document 31-2   Filed 06/25/2008   Page 2 of 40   ☑ 028/043

WELLS FARGO INS SERVICES

05/22/07   10:32 FAX 8173307d

(Rev. 4/97)



FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Ricardo A. Castillo
(Enter above the full name of the plaintiff in this action)

№ 04 - 2 1 0

V.

Frank Costan   Supervisor
Vida Dawkins   Counselor
CiviGenics Program
(Enter above the full name of the defendant(s) in this action)

I.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      YES [   ]     NO [X]

    B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit

Plaintiffs   N/A

Defendants   N/A

06/22/07  16:32 FAX 6172207434   WELLS FARGO INS SERVICES   ☑ 028/043   ☑ 028

2. Court (if federal court, name the district; if state court, name the county)

    N/A

3. Docket number   N/A

4. Name of judge to whom case was assigned   N/A

5. Disposition (for example: Was the case dismissed? Was it appealed?
   Is it still pending?)
        N/A

6. Approximate date of filing lawsuit   N/A

7. Approximate date of disposition   N/A

II.  A.  Is there a prisoner grievance procedure in this institution?  Yes [✓] No [ ]

B.  Did you present the facts relating to your complaint in the state prisoner
    grievance procedure?  Yes [✓]  No [ ]

C.  If your answer is YES,

    1.  What steps did you take?  Inmate to Internal affairs
        Captain Emig & also Director of Civics vice Harry C
        Investigating c/o Lt. Polk
    2.  What was the result?  Internal affair investigated
        everything

D.  If your answer is NO, explain why not _____

    _____

E.  If there is no prison grievance procedure in the institution, did you complain to
    prison authorities?  Yes [✓]  No [ ]

F.  If your answer is YES,

    1.  What steps did you take?  Same as above

    _____

    2.  What was the result?  Same as above

    _____

III.   Parties

(In item A below, place your name in the first blank and place your present address
in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff  *Ricardo Castillo*

Address  *P.O. Box 9561  Wilm. De. 19809*

(In item B below, place the full name of the defendant in the first blank, his official
position in the second blank, and his place of employment in the third blank. Use
item C for the names, positions, and place of employment of any additional defendants.)

B.   Defendant  *Frank Costan / Vida Dawkins*  is employed as  *Supervisor &*

*Counselor*  at  *Gander Hill Prison*

C.   Additional Defendants  *CiviGenics  program*

_____

_____

_____

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant
is involved. Include also the names of other persons involved, dates, and places.
Do not give any legal arguments or cite any cases or statutes. If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need. Attach extra sheet if necessary.)

*See Attached Complaint.*

_____

_____

_____

_____

_____

-2-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.)

To Be Awarded Punitive and Compensatory Damages, at the Discretion of the Court.

Signed this 30TH day of March 78 04

_Karl Gibble_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3/30/04
Date

_Karl Gibble_
(Signature of Plaintiff)

-4-

3. I

Sent to hole on
12/24/03

To:
From: Ricardo Castillo #328277: Dm2   Now 1E-3
Re: Violation of 1st Amendment by Sup. Frank Coston & CiviGenics
                                    VIDA DAWKINS cow.
Do: 12/24/03

NO COMP.   1st Month in the Key pri

Lt. Polk   on monday 12/22/03 two individuals were involved in a fight a spanish inmate & a black inmate, now the fight was broken up and I took the spanish guy to his bunk, at this point I stayed with him to cool him off, but than a counselor who tried to give me a contract about a month a go happen to be the one to come in the door, only heard on side of the story, being black herself   (Not that I'm prejudice,) she sided with the crowd of boys whom are clicked with the black inmate, (mind you this is not a black or spanish issue) and are also the top of the       house which are the Program Manager which didn't see the fight but spoke against the spanish guy & the Senior residents, all the while I had the spanish guy   blocked off & calm him down, but at no given time this so called counselor VIDA came to find out the spanish guy side of the story is like she could care less, she already had pre-planned to send the spanish guy to the   hole, because when she came 1/2 hour later from only hearing one side, she already had everything laid out, but she came back in the dorm making drunken outburst, out of rage, because shes new to this type of environment and she made a listen-up for nobody to talk, to the spanish guy but she never mention the same for the black guy, so I got up and yelled at her because she was far from where we where, that if she puts one on a listen-up, she has to put the other, so she got mad at me, and made more drunken outburst, at which point the 4 to 12 guard that night told her she had to leave 2 or 3 times and she was still yelling at him,

05/25/2007
05/22/07  18:32 FAX  6173307405
WELLS FARGO INS SERVICES
033/043

cade, at which point she was still running her mouth of at him and in rage then she snapped and ran out of the dorm and into the key area, so I went to see her but she was to far running from what I dont know, but I shouted to her that if one goes the other had to too, but the guard noticed her radical, irrational & unprofessional behavior, first she's new, and 2nd she has never been under pressure, so he shouldn't be working here if she does not know how to handle herself under pressure, the guard said that he was going to write her up, because she confronted him plus more than one person told him about the racial activities going on the last couple of months, but the program manager Nathaniel W. & the Senior resident's dept keep covering it up and Sup Frank s. by getting rid of the individuals that bring it to the table, and that's how they solve the problems and keep it under the rug, because they threaten to give you a 30 day contract if you bring it to D.O.C., also the crack cocaine that they keep smoking, the cigarettes and the porno pages they are selling laminated for $10 dol. a page, I wrote it up but the write ups disappear, because Sup. Frank is trying to shut me & others up so that D.O.C. dont catch wind and shut down dorm II also other fights that have taken place and I wrote it up just last month when I was a senior resident but they ousted me because it was their homies displaying behaviors, also because I put the whole family ova L.E. and woke 'em up at 5:30 A.M. in order to teach 'em to respect D.O.C. when its count time and also those that are in job positions, so they fired me for that, to shut me up and now for standing up for what I believe is just, they are accusing me of being a threat and that I also threaten a counselor, that's preposterous, & conniving,

Sent to hole
12/27/03

No Comp 14months in the
Key pr-

"age II" furthermore, when is it a crime or a threat to be voiceful like the 1st amendment says, its only violated when to addressed or used improper or acting upon ones beliefs, but at no giving time was I no wherenear this counselor in order for me to have threaten her, and for what reason would I subject myself to threatening this woman when she never did anything to me and it was not my fight, what could I have possibly said to her, it doesn't make any sense, blatant lies to cover-up another actions engort to keep me shut from raising the issue about unfair treatment in the Key program. Please inquire with the g/o that night in question if at any moment I was a threat to him or anybody and ask him if I was ever up close with this counselor (which I never was cause I was still holding down the spanish guy and all I did besides that all night long was assist and stay by the g/o side through the night in order to drama but for the spanish guy. so how is it my fight now and what words did I use to threaten this Lady, when I was NEVER near her or ever approached her in any way shape or form respecably, with all the chaos going on, I hadn't no time; except when I voiced my opinion & that was not a threat, ask the guard and also ask morning g/o Susie or the regular night g/o Jordan if I have ever crossed the lines, or a thing I have at 41 years of age, that I must respect authority and I do not have a track record of this such nature, but I will with respect voice my opinion when wrong is wrong & see how things done, I'd like a this incident report back in order to make copies & send 'em to director Harry & the regional director that's what they are all scare of and now, I'm putting all the focus where it needs to be it's been dormant to long

05/25/2007 06:35 FAX 6504289550    WELLS FARGO INS SERVICES    ☑035/043
☑034

about all the cover-ups with incidents not being reported to the proper authorities, Sup. Frank is trying to hold on to his job at any cost, and uphold the integrity of a failing program, somebody bound to investigate all the illegal crack smoking, cigarette sales & porno pages being sold etc. I reported it last friday and also turned in the matches which they left behind after smoking crack on 12/18/03 then on 12/21/03 1:30A.M. cigarettes in the back of the bathroom while the % slept and I witnessed the P.M. go to the sink near the bathroom and just stared at his friends without saying a word, its a serious covert operation going on and the little guys are paying the price, but iam not the only witness at least half of the dorm will testify without a problem cause they too are fed up with all the cover-ups going on in their, I reported to the supervisor but he didn't want to hear about it and thats why, and the major reason why I'm after em for trying to clean up this dirt, but the top of the house is were the problems lies, Director Harry has no knowledge of all this covert going on in both dorms, you need to talk to him Mr. Polk this problem is bigger than both of you guys, I'm also planning to write to the newspaper about cibergenics not having spanish speaking counselors and they are giving treatment without helping individuals with drug problems & compelling them from the program without ever knowing a thing, they are robbing you and all the tax payers money, claiming that they are rehabing people that can't speak english, I've helped these individuals and some are still there rotting away, also others are here for supposely Non-Compliant, but that's how they shed me those that bring em out to D.O.C. and they claim we are a threat, but talk to Capt Lee & Capt Emig they are aware of others coming forth, & reporting the same problem

FILED
2009 APR -6  PM 3: 45
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICARDO A. CASTILLO,               )
                                   )
        Plaintiff,                 )
                                   )
        v.                         ) Civil Action No. 04-210-GMS
                                   )
SUPERVISOR FRANK COSTAN,           )
et al.,                            )
                                   )
        Defendants.                )

## ORDER

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 31, 2006, the court entered an order requiring the plaintiff to complete and return USM-285 forms for each defendant, informing the plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or the defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 15);

WHEREAS, to date, none of the required USM-285 forms have been received from the plaintiff;

THEREFORE, at Wilmington this 9th day of August, 2006, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE

# Exhibit C

To: Honorable Judge Gregory M. Sleet
From: Ricardo Castillo    Civ. Act. # 04-210-GMS
Re: Reopen Case
Date: 8/22/06

FILED
AUG 2 8 2006
U.S. DIST. COURT
DISTRICT OF DELAWARE

To Thee Honorable
Judge Gregory M. Sleet.

Honorable Gregory M. Sleet I ask
with all due respect that you reopen
my case, reason being is that the
courts filing staff has misplaced
most of all papers I've filed or
rather had helped from and in-house
or jailhouse paralegal, first my filing
fees which I produced 3 times to
the court clerks, Mrs. Monica Mosley
and now they can't find the USM-285
which I and my "Legal help" filed prior
to me coming out, I now ask the
honorable judge to please reopen my case,
I did personally requested that these docs.
be sent to me immediately so that I
can refile them as asked by the
courts request, though I was never
prior till now requested these form

Thank You
Honorable Judge



Ricardo Castillo   Civ. Act. #04-210-GMS
30 Wintethaven Dr. Apt. 7
New, DE. 19702

U.S.M.A
X-RAY

WILMINGTON DE 197
25 AUG 2006 PM 2 T

U.S.D.C.
Clerks Office
844 N. King St. Lockbox 19
Wilm, DE. 19801-3570

# Exhibit D

049J82023030
$00.41⁰
02/11/2008
Mailed From 19801
US POSTAGE

Neopost



MIXIE    19y/    DE 1    00  02/15/08
NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER
UNABLE TO FORWARD

BC: 19899001818    *1827-09974-15-18

Re do A. Castillo, Pro se
30 Winterhaven Dr.
Apt. 7
Newark, DE 19702

U.S.M.
X.D.A.E.

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED

FEB 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD Scanned

04-210

19899₍0018

# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ricardo Castillo                        :        CIVIL ACTION NO.: 04-210-GMS

          Plaintiff                    :

v.                                      :

Frank Coston and                        :
Vida Dawkins,                           :

          Defendants                   :

<u>DEFENDANTS FRANK COSTAN AND VIDA DAWKINS'
SELF-EXECUTING DISCLOSURE STATEMENT</u>

      Defendants, Frank Costan and Vida Dawkins, submit the following Initial Disclosure Statement pursuant to Fed.R.Civ. P. 26.

**I.     INTRODUCTION:**

      1.    Defendants submit this Disclosure Statement without waiver of any applicable privilege.

      2.    Defendants expressly reserve the right to object to the admissibility of any information contained in or derived from this Disclosure Statement prior to or at the time of trial.

      3.    Defendants does not concede the relevancy of any information contained in or derived from this Disclosure Statement.

      4.    Defendants disclaim a need to supplement this Disclosure Statement beyond the requirements set forth in the Federal Rules of Civil Procedure.

**II.    DISCLOSURE:**

**A.    Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1)(A).**

      The following witnesses are reasonably likely to have information that may bear on the claims and defenses of this action:

      1.   Frank Costan, Defendant

c/o Defense counsel

2. Vida Dawkins, Defendant
c/o Defense counsel

Defendant has identified the foregoing witnesses as individuals who are reasonably likely to have information concerning potential claims and/or defenses that may be asserted in this case. This list includes the names of people who Defendants, at this time, believe may have such information; however, the investigation is continuing. Accordingly, Defendant reserves the right to supplement this list of witnesses as new witnesses are identified and/or discovered.

B.    **Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1)(B).**

The following documents, data, compilations, and/or tangible things are in possession, custody or control of Defendant and will be supplied. Defendant reserves the right to supplement this list as new documents, data compilations, and/or tangible things are identified and discovered:

1.    Plaintiff's complete file

C.    **Disclosure Pursuant to Fed.R.Civ.P. 26 (a)(1)(C).**

Not applicable.

D.    **Disclosure Pursuant to Fed.R.Civ.P. 26(a)(4)(D).**

Defendants are covered by an insurance policy with Admiral Insurance Company. A copy of the policy has been request from the carrier and will be supplied.

Respectfully submitted,

DEASEY, MAHONEY & VALENTINI, LTD.

BY:  _____
KRYSTN E. MUNDY, ESQUIRE
Attorney for Defendants,
Frank Costan and Vida Dawkins

Dated: April 23, 2008

## CERTIFICATE OF SERVICE

I, Krystn E. Mundy, Esquire hereby certify that on the 23rd day of April 2008 a true and correct copy of Defendants' Request for Admissions was served upon the parties listed below via the United States Postal Service:

Mr. Ricardo A. Castillo
30 Winterhaven Drive
Apartment 7
Newark, DE 19702

_____
KRYSTN E. MUNDY, ESQUIRE

Dated:  April 23, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ricardo Castillo                          :      CIVIL ACTION NO.: 04-210-GMS
                                          :
                    Plaintiff             :
                                          :
v.                                        :
                                          :
Frank Coston and                          :
Vida Dawkins,                             :
                                          :
                    Defendants            :

<u>REQUEST FOR ADMISSIONS ADDRESSED TO RICARDO CASTILLO</u>

These Requests shall be answered in writing under oath within thirty (30) days from service hereof pursuant to the Rules of this Court. The failure to respond within thirty (30) days will be deemed an Admission by the party to whom the requests are directed.

These Requests shall be deemed to be continuing in nature so as to require supplemental Answers if further information is obtained between the date these Answers are filed and the date of trial.

Request 1:    Plaintiff filed a grievance regarding the incident of December 23, 2003.

Answer:

Request 2:    Plaintiff did not receive any notice of the outcome of said grievance.

Answer:

Request 3:    Because Plaintiff did not receive the outcome of the grievance, Plaintiff did not appeal said outcome.

Answer:

Request 4:    Plaintiff failed to exhaust administrative remedies by failing to appeal the outcome.

Answer:

Request 5:    Plaintiff did not suffer any physical injuries as a result of the events of December 23, 2003.

Answer:

## Request for Production No. 1

Any and all documents which you rely upon, or which contain any of the facts upon which you rely, in making your Answer(s) to the foregoing Requests for Admission.

DEASEY, MAHONEY & VALENTINI, LTD.

By:    _____
KRYSTN E. MUNDY, ESQUIRE
Attorney for Defendants,
Frank Costan and Vida Dawkins

Dated:  April 23, 2008

<u>CERTIFICATE OF SERVICE</u>

I, Krystn E. Mundy, Esquire hereby certify that on the 23rd day of April 2008 a true and correct copy of Defendants' Interrogatories was served upon the parties listed below via the United States Postal Service:

Mr. Ricardo A. Castillo
30 Winterhaven Drive
Apartment 7
Newark, DE 19702

KRYSTN E. MUNDY, ESQUIRE

Dated:  <u>April 23, 2008</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ricardo Castillo                          :        CIVIL ACTION NO.: 04-210-GMS
                                          :
              Plaintiff                   :
                                          :
v.                                        :
                                          :
Frank Coston and                          :
Vida Dawkins,                             :
                                          :
              Defendants                  :

### DEFENDANTS FRANK COSTAN AND VIDA DAWKINS, FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

Defendants Frank Costan and Vida Dawkins, through their attorneys, Deasey, Mahoney & Valentini, Ltd., hereby serve these interrogatories upon Plaintiff. Pursuant to the Federal Rules of Civil Procedure, these interrogatories are to be answered, under oath, within thirty (30) days of service. These Interrogatories are deemed to be **continuing** and any additional information secured subsequent to the service of your answers hereto, which would have been included in the answers had it been known or available to you at the time of service of such answers, shall be supplied by supplemental answers to Interrogatories as soon as such information becomes known or available to you prior to trial of this action.

PLEASE TAKE NOTICE that the Defendants Frank Costan and Vida Dawkins, hereby serves upon Plaintiff the following written Interrogatories pursuant to Fed. R. Civ. P. 33. The answers to the following written Interrogatories are to be signed by the party answering them and answered in accordance with the Federal Rules of Civil Procedure and the following instructions and definitions:

## INSTRUCTIONS

1.      Type or write legibly your answers in the space following each Interrogatory. If the space provided following any Interrogatory is insufficient to write your full response, continue your response on a supplemental sheet or sheets of paper, making clear to which Interrogatory the continued response belongs.

2.      Each Interrogatory shall be answered fully and completely unless objected to, in which event the reasons for the objection shall be stated in lieu of an answer.  If you object to an interrogatory, state which and all of your reasons for each objection you make in response to an interrogatory.  If it is claimed that an answer to an Interrogatory or documents is privileged, work product, or otherwise protected from disclosure, state such privilege, identify such information by its matter, and state with particularity the facts and grounds constituting the nature and basis for any such claim of privilege, work product or other grounds for nondisclosure.

3.      The answers to the interrogatories shall be signed by the person making them and any objection shall be signed by the attorney or party making them.  A statement of any objection shall not excuse the answering party from answering all remaining interrogatories to which no objection is stated.

4.      If an interrogatory does not specifically request a particular fact, but such fact is necessary to make the answer comprehensive, complete or not misleading, you are to include such fact as part of the answer and these interrogatories shall be deemed

specifically to request such fact. If you currently lack information to answer any interrogatory completely, please state:

     a.    the responsive information currently available.

     b.    the responsive information currently unavailable.

     c.    the efforts which you intend to make to secure the information currently unavailable; and

     d.    when you anticipate receiving the information currently unavailable.


5.    If any interrogatory or portion thereof requests information already provided in response to an earlier request, you may respond by specifying the document, or portion thereof which contains the information sought.


6.    Within thirty (30) days of service of these interrogatories, send the original of your answers to Defendant's counsel.   Do not file your answers with the court, rather forward to Defendant's counsel whose name appears below:


    Krystn E. Mundy, Esquire
    DEASEY MAHONEY &VALENTINI, LTD.
    1601 Market Street, Suite 3400
    Philadelphia, PA 19103


7.    Pursuant to Federal Rules of Civil Procedure 26(e), there interrogatories are continuing in character so as to require you to promptly supplement and amend answers if you obtain further or different information relevant to these Interrogatories prior to trial. If at any time after service of your responses, you become aware of relevant information or that any of your answers were incorrect when made, or correct when made but no longer correct, promptly correct your answer in a supplemental

response and immediately serve that supplemental response upon defendant's counsel as provided above.

## INTERROGATORIES

1.    State Plaintiff's employment history for the past ten (10) years, including the dates of employment, the name and address of the employers, immediate supervisors, the rate of pay, the job title and a brief description of the duties involved.

2.    Identify each and every witness or other person upon whom Plaintiff relies on making allegations contained in his Complaint and include the last known address and telephone number of such person(s).   Please identify which of these persons will be called as witnesses at trial.

3.    Identify each and every criminal charge filed against Plaintiff in the past ten (10) years, including the town or city wherein the charge was filed and the ultimate disposition of such charge.

4.    Please identify all communications between Plaintiff and any representative of the Plaintiff with any Defendant regarding this case.  Please include the type of communication, the substance of the communication, the date of the communication and the parties involved in the communication.

5.    With respect to your claim that the Defendants had a policy or custom of violating citizen's rights, please identify the factual basis for this accusation, including the names of any witnesses you believe support this claim.

6.    Please identify all psychiatric treatment provided to Plaintiff in the past ten(10) years.  Please include the name and address of the provider, the services and dates rendered.

7.    Please provide the names and addresses of Plaintiff's medical providers for the last fifteen (15) years.

8.    Please provide the amount, in detail, of any damages, permanent or otherwise, emotional, physical , economic,  or otherwise, that Plaintiff claims he suffered because of the Defendants' alleged actions.


DEASEY, MAHONEY & VALENTINI, LTD.


By:    _____
       KRYSTN E. MUNDY, ESQUIRE
       Attorney for Defendants,
       Frank Costan and Vida Dawkins

Dated:  <u>April 23, 2008</u>

CERTIFICATE OF SERVICE

I, Krystn E. Mundy, Esquire hereby certify that on the 23rd day of April 2008 a true

and correct copy of Defendants' Interrogatories was served upon the parties listed below

via the United States Postal Service:

Mr. Ricardo A. Castillo
30 Winterhaven Drive
Apartment 7
Newark, DE 19702


KRYSTN E. MUNDY, ESQUIRE

Dated:  April 23, 2008

Exhibit F

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Mr. Ricardo A. Castillo_
Street, Apt. No.; or PO Box No. _30 Winterhaven Dr._
City, State, ZIP+4 _Apt 7_
_Newark, DE 19702_

PS Form 3800, August 2006          See Reverse for Instructions

ONEY & VALENTINI, LTD.

AT LAW - PROCTORS IN ADMIRALTY
SUITE 3400
501 MARKET STREET
ADELPHIA, PA 19103-2301
215-587-9400
FACSIMILE: 215-587-9456

IL: KMUNDY@DMVLAWFIRM.COM
CE-MAIL EXTENSION #190

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD NJ 08033-2419
856-429-6551
FACSIMILE 856-429-6562

MEDIA OFFICE
SUITE 104
105 CHESLEY DRIVE
MEDIA, PA 19063
610-892-2732
FACSIMILE: 610-892-2926

OF COUNSEL
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
◊ ALSO MEMBER NY BAR
± ALSO MEMBER NV BAR

MICHAEL F. SCHLEIGH†
DIANA P. SISUM†
LISA A. BLACKWOOD
KRYSTN E. MUNDY±
MATTHEW J. JUNK‡
KYLE J. KELLER◊
JORDAN S. NAMEROW†◊
BARBARA C. MORROW†

May 29, 2008

Sent Via Certified Mail and Regular U.S. Mail

Mr. Ricardo A. Castillo
30 Winterhaven Drive
Apartment 7
Newark, DE 19702

RE:    Castillo v. Costan and Dawkins
       Our File No.:  411.22656

Dear Mr. Castillo:

Please allow this letter to serve as a reminder that your answers to the Interrogatories and Request for Production of Documents, sent to you on **April 23, 2008,** are overdue.  Please send complete and verified responses within the next ten (10) days to avoid the filing of a Motion to Compel your responses.

Thank you for your attention to this matter.

Very truly yours,

DEASEY, MAHONEY & VALENTINI, LTD.

By: _____
    KRYSTN E. MUNDY, ESQUIRE

KEM:dc

Exhibit G

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  Mr. Ricardo Castillo
Street, Apt. No.; or PO Box No.  30 Winterhaven Dr. Apt 7
City, State, ZIP+4  Newark, DE 19702

PS Form 3800, August 2006          See Reverse for Instructions

...NEY & VALENTINI, LTD.

...AT LAW - PROCTORS IN ADMIRALTY
SUITE 3400
...01 MARKET STREET
...ADELPHIA, PA 19103-2301
215-587-9400
...FACSIMILE: 215-587-9456

...AIL: KMUNDY@DMVLAWFIRM.COM
...ICE-MAIL EXTENSION #190

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

MEDIA OFFICE
SUITE 101
103 CHESLEY DRIVE
MEDIA, PA 19063
610-892-2732
FACSIMILE: 610-892-2926

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
◊ ALSO MEMBER NY BAR
± ALSO MEMBER NV BAR

June 6, 2008

MICHAEL F. SCHLEIGH†
DIANA P. SISUM†
LISA A. BLACKWOOD
KRYSTN E. MUNDY±
MATTHEW J. JUNK†
KYLE J. KELLER‡
JORDAN S. NAMEROW†
BARBARA C. MORROW†

7008 1140 0001 5279 3435

Sent Via Certified Mail and Regular U.S. Mail

Mr. Ricardo A. Castillo
30 Winterhaven Drive
Apartment 7
Newark, DE 19702

RE:    Castillo v. Costan and Dawkins
Our File No.:   411.22656

Dear Mr. Castillo:

Please allow this letter to serve as a reminder that your answers to the Interrogatories and Request for Production of Documents, sent to you on **April 23, 2008,** are overdue.  Please send complete and verified responses within the next five (5) days to avoid the filing of a Motion to Compel your responses.

Thank you for your attention to this matter.

Very truly yours,

DEASEY, MAHONEY & VALENTINI, LTD.

By:  _____
KRYSTN E. MUNDY, ESQUIRE

KEM:dc

Exhibit H



CERTIFIED MAIL

7008 0500 0000 5038 0073

DEASEY, MAHONEY & VALEN

SUITE 3400
1601 MARKET STREET
PHILADELPHIA, PA 19103-2301

US POSTAGE

$6.22
05/15/2008

Neopost

NIXIE

197  5C 1      25 06/19/08

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 19103239599      *1827-01988-19-26

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Ricardo A. Castillo
30 Winterhaven Drive
Apartment 7
Newark, DE 19702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7008 0500 0000 5038 0073

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

13



DEASEY, MAHONEY & VALENTINI, LTD.

SUITE 3400
1601 MARKET STREET
PHILADELPHIA, PA 19103-2301

Return to Sender
(Not current Resident)

US POSTAGE

neopost          30.420
                 05/29/2008
              Mailed From 19103

MR. RICARDO A. CASTILLO
30 WINTERHAVEN DRIVE
APARTMENT 7
NEWARK, D

NIXIE     197   CE 1     2% 06/05/08

       RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 19103239550    *2097-00602-29-42

DEASEY, MAHONEY & VALEN

SUITE 3400
1601 MARKET STREET
PHILADELPHIA, PA 19103-2301

CERTIFIED MAIL

7008 1140 0001 5279 3435

US POSTAGE

$5.320

neopost

06/06/2008

Mailed From 19103

MR. RICARDO A. CASTILLO
30 WINTERHAVEN DRIVE
APARTMENT 7
NEWARK, DE 19702

A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN          ☐ OTHER
C ☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
S ☐ - UNABLE TO FORWARD

RTS
RETURN TO SENDER

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

mr. Ricardo Castillo
30 Winterhaven Drive
Apartment 7
Newark, De. 19702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7008 1140 0001 5279 3435

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

DEASEY, MAHONEY & VALENTINI, LTD.

Suite 3400
1601 Market Street
Philadelphia, PA 19103-2301

US POSTAGE

neopost
04-0650369
$0.429
09/03/2008
Mailed From 19103

ANK

NIXIE        197    DE  1         00  06/11/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 19103239599      *2697-1B270-06-41

MR. RICARDO A. CASTILLO
30 WINTERHAVEN DRIVE
APARTMENT 7
NEWARK, DE 19702