IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICARDO A. CASTILLO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUPERVISOR FRANK COSTAN, et al. )<br>)<br>Defendants. ) | Civil Action No. 04-210 GMS |

### ORDER

WHEREAS, on April 6, 2004, the plaintiff filed a complaint against the above-captioned defendants (D.I. 2);

WHEREAS, on February 11, 2008, a Memorandum and Order denying the defendants' motion to dismiss was issued (D.I. 27);

WHEREAS, on February 20, 2008, the plaintiff's copy of D.I. 27 was returned as undeliverable mail (D.I. 29);

WHEREAS, on February 21, 2008, an answer to the complaint was filed by the defendants (D.I. 28);

WHEREAS, on February 26, 2008, a Scheduling Order was issued (D.I. 30);

WHEREAS, on June 26, 2008, the defendants filed a motion to dismiss for lack of prosecution (D.I. 31);

WHEREAS, the court's docket reflects no further contact with the court by the plaintiff since July 5, 2007, when the plaintiff filed a motion for appointment of counsel (D.I. 21).

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case will be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

September 18, 2008

FILED

SEP 1 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE